# Exhibit One

| | Article | Author List | Image Fraud Reference |
|---|---|---|---|
| 1 | "TNFα induces rapid activation and nuclear translocation of telomerase in human lymphocytes." Biochemical and biophysical research communications 316.2 (2004): 528-532. | Masaharu Akiyama, Osamu Yamada, Teru Hideshima, Takaaki Yanagisawa, Kentaro Yokoi, Kohji Fujisawa, Yoshikatsu Eto, Hisashi Yamada, Kenneth C. Anderson | https://pubpeer.com/publications/FC19367BD1335339FCCF3F002807D6 |
| 2 | "The differentiation and stress response factor XBP-1 drives multiple myeloma pathogenesis." Cancer cell 11.4 (2007): 349-360. | Daniel R. Carrasco, Kumar Sukhdeo, Marina Protopopova, Raktim Sinha, Miriam Enos, Daniel E. Carrasco, Zheng Ma, Mala Mani, Joel M. Henderson, Geraldine S. Pinkus, Nikhil C. Munshi, James W. Horner, Elena Ivanova, Alexei Protopopov, Kenneth C. Anderson, Giovanni Tonon, Ronald A. DePinho | https://pubpeer.com/publications/A82404CFA85ABD50078CE1EF64BBC6 |
| 3 | "A lentiviral RNAi library for human and mouse genes applied to an arrayed viral high-content screen." Cell 124.6 (2006): 1283-1298. | Jason Moffat, Dorre A. Grueneberg, Xiaoping Yang, So Young Kim, Angela M. Kloepfer, Gregory Hinkle, Bruno Piqani, Thomas Eisenhaure, Biao Luo, Jennifer K. Grenier, Anne E. Carpenter, Shi Yin Foo, Sheila A. Stewart, Brent R. Stockwell, Nir Hacohen, William C. Hahn, Eric S. Lander, David M. Sabatini, David E. Root | https://pubpeer.com/publications/C7EB21A64E60B6FB1402478D4AE937 |
| 4 | "Differential effects of unfolded protein response pathways on axon injury-induced death of retinal ganglion cells." Neuron 73.3 (2012): 445-452. | Yang Hu, Kevin K. Park, Yang Liu, Xin Wei, Qiang Yang, Kinâ€□Sang Cho, Peter Thielen, Ann Hwee Lee, Romain Cartoni, Laurie H. Glimcher, Dong Feng Chen, Zhigang He | https://pubpeer.com/publications/C881496F27279722945FA346EE29A1 |
| 5 | "MHC class I chain-related protein A antibodies and shedding are associated with the progression of multiple myeloma." Proceedings of the National Academy of Sciences 105.4 (2008): 1285-1290. | Masahisa Jinushi, Matthew W. Vanneman, Nikhil C. Munshi, Yu-Tzu Tai, Rao Prabhala, JÃ©rÃ´me Ritz, Donna Neuberg, Kenneth C. Anderson, Daniel R. Carrasco, Glenn Dranoff | https://pubpeer.com/publications/B298BFBA2052BAF776008F0135A192 |
| 6 | "XBP-1 specifically promotes IgM synthesis and secretion, but is dispensable for degradation of glycoproteins in primary B cells." The Journal of experimental medicine 202.4 (2005): 505-516. | Boaz Tirosh, Neal N. Iwakoshi, Laurie H. Glimcher, Hidde L. Ploegh | https://pubpeer.com/publications/A653015B2496DDB8EBAF26EBF25E50 |
| 7 | "A brain-penetrant RAF dimer antagonist for the noncanonical BRAF oncoprotein of pediatric low-grade astrocytomas." Neuro-oncology 19.6 (2017): 774-785. | Yu Sun, John A. Alberta, Catherine Pilarz, David Calligaris, Emily J. Chadwick, Shakti Ramkissoon, Lori Ramkissoon, Veronica Matia Garcia, Emanuele Mazzola, Liliana Goumnerova, Michael F. Kane, Zhan Yao, Mark W. Kieran, Keith L. Ligon, William C. Hahn, Levi A. Garraway, Neal Rosen, Nathanael S. Gray, Nathalie Y.R. Agar, Sara J. Buhrlage, Rosalind A. Segal, Charles D. Stiles | https://pubpeer.com/publications/CDF29FD7192514126953CC1744A396 |
| 8 | "Bone marrow stroma protects myeloma cells from cytotoxic damage via induction of the oncoprotein MUC 1." British journal of haematology 176.6 (2017): 929-938. | Michal Bar-Natan, Dina Stroopinsky, Katarina Luptakova, Maxwell Douglas Coll, Arie Apel, Hasan Rajabi, Athalia R. Pyzer, Kristen Palmer, Michaela R. Reagan, Myrna Nahas, Rebecca Karp Leaf, Salvia Jain, Jon Arnason, IrÃ¨ne M. Ghobrial, Kenneth C. Anderson, Donald KÃ¼fe, Jacalyn Rosenblatt, David Avigan | https://pubpeer.com/publications/590D954447D577DB24D92F0B1A7351 |
| 9 | "Androgen-induced differentiation and tumorigenicity of human prostate epithelial cells." Cancer research 64.24 (2004): 8867-8875. | Raanan Berger, Phillip G. Febbo, Pradip K. Majumder, Jean J. Zhao, Sayan Mukherjee, Sabina Signoretti, Katrina Campbell, William R. Sellers, Thomas M. Roberts, Massimo Loda, Todd R. Golub, William C. Hahn | https://pubpeer.com/publications/45E15919CF33A5223BF20DEB46EEDD |
| 10 | "Identification of genes regulated by 2-methoxyestradiol (2ME2) in multiple myeloma cells using oligonucleotide arrays." Blood, The Journal of the American Society of Hematology 101.9 (2003): 3606-3614. | Dharminder Chauhan, Guilan Li, Daniel Auclair, Teru Hideshima, Paul G. Richardson, Klaus Podar, Nicholas Mitsiades, Constantine S. Mitsiades, Cheng Li, Ryung Suk Kim, Nikhil C. Munshi, Lan Bo Chen, Wing Hung Wong, Kenneth C. Anderson | https://pubpeer.com/publications/DFDD7D2EC371291CB5C990C9DB907C |

| | Article | Author List | Image Fraud Reference |
|---|---|---|---|
| 11 | "Seliciclib (CYC202 or R-roscovitine), a small-molecule cyclin-dependent kinase inhibitor, mediates activity via down-regulation of Mcl-1 in multiple myeloma." Blood 106.3 (2005): 1042-1047. | Noopur Raje, Santosh Kumar, Teru Hideshima, Aldo M. Roccaro, Kenji Ishitsuka, Hiroshi Yasui, Norihiko Shiraishi, Dharminder Chauhan, Nikhil C. Munshi, Simon R. Green, Kenneth C. Anderson | https://pubpeer.com/publications/FF6F1A424EE6F8E34BA211DE2966F9 |
| 12 | "CXCR4 inhibitor AMD3100 disrupts the interaction of multiple myeloma cells with the bone marrow microenvironment and enhances their sensitivity to therapy." Blood, The Journal of the American Society of Hematology 113.18 (2009): 4341-4351. | Abdel Kareem Azab, Judith M Runnels, Costas Pitsillides, Anne-Sophie Moreau, Feda Azab, Xavier Leleu, Xiaoying Jia, Renee Wright, Beatriz Ospina, Alicia L Carlson, Clemens Alt, Nicholas Burwick, Aldo M Roccaro, Hai T Ngo, Mena Farag, Molly R Melhem, Antonio Sacco, Nikhil C Munshi, Teru Hideshima, Barrett J Rollins, Kenneth C Anderson, Andrew L Kung, Charles P Lin, Irene M Ghobrial | https://pubpeer.com/publications/E0703B990C3296D3A563F7ED2497B0 |
| 13 | "PI3K/p110δ is a novel therapeutic target in multiple myeloma." Blood, The Journal of the American Society of Hematology 116.9 (2010): 1460-1468. | Hiroshi Ikeda, Teru Hideshima, Mariateresa Fulciniti, Giulia Perrone, Naoya Miura, Hiroshi Yasui, Yutaka Okawa, Tanyel Kiziltepe, Loredana Santo, Sonia Vallet, Diana Cristea, Elisabetta Calabrese, Gullu Gorgun, Noopur S. Raje, Paul Richardson, Nikhil C. Munshi, Brian J. Lannutti, Kamal D. Puri, Neill A. Giese, Kenneth C. Anderson | https://pubpeer.com/publications/87FA6478CB49E6A0698A313CF750CA |
| 14 | "Integrin β7-mediated regulation of multiple myeloma cell adhesion, migration, and invasion." Blood, The Journal of the American Society of Hematology 117.23 (2011): 6202-6213. | Paola Neri, Li Ren, Abdel Kareem Azab, Matthew Brentnall, Kathy Gratton, Alexander C. Klimowicz, Charles P. Lin, Peter Duggan, Pierfrancesco Tassone, Adnan Mansoor, Douglas A. Stewart, Lawrence H. Boise, IrÃ¨ne M. Ghobrial, Nizar J. Bahlis | https://pubpeer.com/publications/D97CE80DE01E4083249DA68D64602B |
| 15 | "P-selectin glycoprotein ligand regulates the interaction of multiple myeloma cells with the bone marrow microenvironment." Blood, The Journal of the American Society of Hematology 119.6 (2012): 1468-1478. | Abdel Kareem Azab, Phong Quang, Feda Azab, Costas Pitsillides, Brian Thompson, Triona Chonghaile, John T Patton, Patricia Maiso, Val Monrose, Antonio Sacco, Hai T Ngo, Ludmila M Flores, Charles P Lin, John L Magnani, Andrew L Kung, Anthony Letai, Ruben Carrasco, Aldo M Roccaro, Irene M Ghobrial | https://pubpeer.com/publications/EB1C2E330AEF12437778EF2BC69786 |
| 16 | "Bruton tyrosine kinase inhibition is a novel therapeutic strategy targeting tumor in the bone marrow microenvironment in multiple myeloma." Blood, The Journal of the American Society of Hematology 120.9 (2012): 1877-1887. | Yu Tzu Tai, Betty Chang, Sun Young Kong, Mariateresa Fulciniti, Guang Yang, Yolanda Calle, Yiguo Hu, Jianhong Lin, Jianjun Zhao, Antonia Cagnetta, Michele Cea, Michael Sellitto, Mike Y Zhong, Qiuju Wang, Chirag Acharya, Daniel R. Carrasco, Joseph J. Buggy, Laurence Elias, Steven P. Treon, William Matsui, Paul G. Richardson, Nikhil C. Munshi, Kenneth C. Anderson | https://pubpeer.com/publications/4615B278F8156421CC861CACD7DA13 |
| 17 | "A mutation in MYD88 (L265P) supports the survival of lymphoplasmacytic cells by activation of Bruton tyrosine kinase in Waldenström macroglobulinemia." Blood, The Journal of the American Society of Hematology 122.7 (2013): 1222-1232. | Guang Yang, Yangsheng Zhou, Xia Liu, Lian Xu, Yang Cao, Robert J Manning, Christopher J Patterson, Sara J Buhrlage, Nathanael Gray, Yu-Tzu Tai, Kenneth C Anderson, Zachary R Hunter, Steven P Treon | https://pubpeer.com/publications/E3B8532A5990452FFA82FD3E7DDE75 |
| 18 | "Pyk2 promotes tumor progression in multiple myeloma." Blood, The Journal of the American Society of Hematology 124.17 (2014): 2675-2686. | Yu Zhang, Michele Moschetta, Daisy Huynh, Yu-Tzu Tai, Yong Zhang, Wenjing Zhang, Yuji Mishima, Jennifer E. Ring, Winnie F. Tam, Qunli Xu, Patricia Maiso, Michaela Reagan, Ilyas Sahin, Antonio Sacco, Salomon Manier, Yosra Aljawai, Siobhan Glavey, Nikhil C. Munshi, Kenneth C. Anderson, Jonathan Pachter, Aldo M. Roccaro, Irene M. Ghobrial | https://pubpeer.com/publications/A9B311F2D135592C312076DA29E9D2 |
| 19 | "miR-630 targets IGF1R to regulate response to HER-targeting drugs and overall cancer cell progression in HER2 over-expressing breast cancer." Molecular cancer 13 (2014): 1-12. | Claire Corcoran, Sweta Rani, Susan Breslin, Martina Gogarty, Irene M. Ghobrial, John Crown, Lorraine O'Driscoll | https://pubpeer.com/publications/C54CFF8653CD9A7C54A092DDBB48EB |

| | Article | Author List | Image Fraud Reference |
|---|---|---|---|
| 20 | "The SIRT1 deacetylase suppresses intestinal tumorigenesis and colon cancer growth." PloS one 3.4 (2008): e2020. | Ron Firestein, Gil Blander, Shaday Michan, Philipp Oberdoerffer, Shuji Ogino, John Y. Campbell, Anupama Bhimavarapu, Sandra Luikenhuis, Rafael de Cabo, Charles S. Fuchs, William C. Hahn, Leonard Guarente, David A. Sinclair | https://pubpeer.com/publications/DEED7553955F9F76E24FA1F45D2D24 |
| 21 | "Preclinical evaluation of a novel SIRT1 modulator SRT1720 in multiple myeloma cells." British journal of haematology 155.5 (2011): 588-598. | Dharminder Chauhan, Madhavi Bandi, Ajita V Singh, Arghya Ray, Noopur Raje, Paul Richardson, Kenneth C Anderson | https://pubpeer.com/publications/42A2C70AE01AAC88E1A07FF28A2077 |
| 22 | "Activation of NF-κB and upregulation of intracellular anti-apoptotic proteins via the IGF-1/Akt signaling in human multiple myeloma cells: therapeutic implications." Oncogene 21.37 (2002): 5673-5683. | Constantine S Mitsiades, Nicholas Mitsiades, Vassiliki Poulaki, Robert Schlossman, Masaharu Akiyama, Dharminder Chauhan, Teru Hideshima, Steven P Treon, Nikhil C Munshi, Paul G Richardson, Kenneth C Anderson | https://pubpeer.com/publications/5486BC6746385F7B49129408B6D375 |
| 23 | "Complete response to donor lymphocyte infusion in multiple myeloma is associated with antibody responses to highly expressed antigens." Blood 103.2 (2004): 656-663. | Roberto Bellucci, Catherine J Wu, Sabina Chiaretti, Edie Weller, Faith E Davies, Edwin P Alyea, Glenn Dranoff, Kenneth C Anderson, Nikhil C Munshi, Jerome Ritz | https://pubpeer.com/publications/AF387CF5B15BC001FB37B3EC276FC3 |
| 24 | "Essential roles of PI (3) K–p110β in cell growth, metabolism and tumorigenesis." Nature 454.7205 (2008): 776-779. | Shidong Jia, Zhenning Liu, Sen Zhang, Pixu Liu, Lei Zhang, Sang Hyun Lee, Jing Zhang, Sabina Signoretti, Massimo Loda, Thomas M Roberts, Jean J Zhao | https://pubpeer.com/publications/69E5306A2C9FD9D0DB6DB223CC930C |
| 25 | "Ku86 variant expression and function in multiple myeloma cells is associated with increased sensitivity to DNA damage." The Journal of Immunology 165.11 (2000): 6347-6355. | Yu-Tzu Tai, Gerrard Teoh, Boris K. Lin, Faith E. Davies, Dharminder Chauhan, Steven P. Treon, Noopur Raje, Teru Hideshima, Yoshihito Shima, Klaus Podar, Kenneth C. Anderson | https://pubpeer.com/publications/854437E39A0325AF3B4BDE661D826A |
| 26 | "Mechanisms by which SGN-40, a humanized anti-CD40 antibody, induces cytotoxicity in human multiple myeloma cells: clinical implications." Cancer Research 64.8 (2004): 2846-2852. | Yu-Tzu Tai, Laurence Catley, Constantine S. Mitsiades, Renate Burger, Klaus Podar, Reshma Shringpaure, Teru Hideshima, Dharminder Chauhan, Makoto Hamasaki, Kenji Ishitsuka, Paul G. Richardson, Steven P. Treon, Nikhil C. Munshi, Kenneth C. Anderson | https://pubpeer.com/publications/EE5A78B231B0A75349C4D0F6E30440 |
| 27 | "Effects of oligonucleotide N3'→ P5' thio-phosphoramidate (GRN163) targeting telomerase RNA in human multiple myeloma cells." Cancer research 63.19 (2003): 6187-6194. | Masaharu Akiyama, Teru Hideshima, Masood A Shammas, Toshiaki Hayashi, Makoto Hamasaki, Yu-Tzu Tai, Paul Richardson, Sergei Gryaznov, Nikhil C Munshi, Kenneth C Anderson | https://pubpeer.com/publications/1DA975EF8D7E530FB17A2489802AB9 |
| 28 | "Nuclear factor-kappaB p65 mediates tumor necrosis factor alpha-induced nuclear translocation of telomerase reverse transcriptase protein." Cancer Research 63.1 (2003): 18-21. | Masaharu Akiyama, Teru Hideshima, Toshiaki Hayashi, Yu-Tzu Tai, Constantine S Mitsiades, Nicholas Mitsiades, Dharminder Chauhan, Paul Richardson, Nikhil C Munshi, Kenneth C Anderson | https://pubpeer.com/publications/3BF693ED25F5D7F756A37D5563B02A |
| 29 | "Cytokines modulate telomerase activity in a human multiple myeloma cell line." Cancer Research 62.13 (2002): 3876-3882. | Masaharu Akiyama, Teru Hideshima, Toshiaki Hayashi, Yu-Tzu Tai, Constantine S Mitsiades, Nicholas Mitsiades, Dharminder Chauhan, Paul Richardson, Nikhil C Munshi, Kenneth C Anderson | https://pubpeer.com/publications/84080BD2844B161EB34F2479AC20E2 |
| 30 | "Cancer-associated PP2A Aα subunits induce functional haploinsufficiency and tumorigenicity." Cancer research 65.18 (2005): 8183-8192. | Wen Chen, Jason D. Arroyo, Jamie C. Timmons, Richard Possemato, William C. Hahn | https://pubpeer.com/publications/CF14E205A17927ADE0ACE0F148660E |
| 31 | "Dissecting therapeutic resistance to RAF inhibition in melanoma by tumor genomic profiling." Journal of clinical oncology 29.22 (2011): 3085. | Nikhil Wagle, Caroline M. Emery, Michael F. Berger, Matthew J. Davis, Allison M. Sawyer, Panisa Pochanard, Sarah M. Kehoe, Cory M. Johannessen, Laura E. MacConaill, William C. Hahn, Matthew Meyerson, Levi A. Garraway | https://pubpeer.com/publications/41EE4EF9EF931598BFFB6DBBBFB94B |

| | Article | Author List | Image Fraud Reference |
|---|---|---|---|
| 32 | "Eph-B2/ephrin-B2 interaction plays a major role in the adhesion and proliferation of Waldenstrom's macroglobulinemia." Clinical Cancer Research 18.1 (2012): 91-104. | Feda Azab, Abdel Kareem Azab, Patricia Maiso, Teresa Calimeri, Ludmila M. Flores, Yang Liu, Phong Quang, Aldo M. Roccaro, Antonio Sacco, Hai T. Ngo, Yong Zhang, Brittany Morgan, Ruben D. Carrasco, Irene M Ghobrial | https://pubpeer.com/publications/4419AAC965AB29D242E79E8CABE8A4 |
| 33 | "The Cyclophilin A-CD147 complex promotes the proliferation and homing of multiple myeloma cells." Nature medicine 21.6 (2015): 572-580. | Di Zhu, Zhongqiu Wang, Jianjun Zhao, Teresa Calimeri, Meng Jiang, Teru Hideshima, Mariateresa Fulciniti, Yue Kang, Scott B. Ficarro, Yu Tzu Tai, Zachary Hunter, Douglas McMilin, Haoxuan Tong, Constantine S. Mitsiades, Catherine J. Wu, Steven P. Treon, David M. Dorfman, Geraldine S. Pinkus, Nikhil C. Munshi, Pierfrancesco Tassone, Jarrod A. Marto, Kenneth C. Anderson, Ruben D. Carrasco | https://pubpeer.com/publications/C9EFDD8DEAE4AFB655E8BF1946B46D |
| 34 | "Plasma cell differentiation and the unfolded protein response intersect at the transcription factor XBP-1." Nature immunology 4.4 (2003): 321-329. | Neal N. Iwakoshi, Annâ€"Hwee Lee, Prasanth Vallabhajosyula, Kevin L. Otipoby, Klaus Rajewsky, Laurie H. Glimcher | https://pubpeer.com/publications/A52B423E7F819C3E78182A846BD4B3 |
| 35 | "Functional interaction of plasmacytoid dendritic cells with multiple myeloma cells: a therapeutic target." Cancer cell 16.4 (2009): 309-323. | Dharminder Chauhan, Ajit Singh, Mohan Brahmandam, Ruben D. Carrasco, Madhavi Bandi, Teru Hideshima, Giada Bianchi, Klaus Podar, Yu Tzu Tai, Constantine S. Mitsiades, Noopur Raje, David L. Jaye, Santosh Kumar, Paul G. Richardson, Nikhil C. Munshi, Kenneth C. Anderson | https://pubpeer.com/publications/6DE2D837506D20625DB7CD5CF38B42 |
| 36 | "The tumor suppressor PP2A Aβ regulates the RalA GTPase." Cell 129.5 (2007): 969-982. | Anna Sablina, Wen Chen, Jason D. Arroyo, Laura G. Corral, Melissa E. Hector, Sara E. Bulmer, James A. DeCaprio, William C. Hahn | https://pubpeer.com/publications/07C7BD737E329B26250B108E39163F |
| 37 | "Identification of specific PP2A complexes involved in human cell transformation." Cancer cell 5.2 (2004): 127-136. | Wen Chen, Richard Possemato, Katrina Campbell, Courtney A. Plattner, David C. Pallas, William C. Hahn | https://pubpeer.com/publications/89A3A10EC232E397784E1297DDAA57 |
| 38 | "Creation of human tumour cells with defined genetic elements." Nature 400.6743 (1999): 464-468. | William C. Hahn, Christopher M. Counter, Ante S. Lundberg, Roderick L. Beijersbergen, Mary W. Brooks, Robert A. Weinberg | https://pubpeer.com/publications/3620BA59CC17B5DB62215DD774D352 |
| 39 | "The bromodomain protein Brd4 insulates chromatin from DNA damage signalling." Nature 498.7453 (2013): 246-250. | Scott Floyd, Michael E. Pacold, Qiuying Huang, Steven D. Clarke, Fred C. Lam, Ian G. Cannell, Bryan Bryson, Jonathan Rameseder, Michael J. Lee, Emily J. Blake, Anna Fydrych, Richard C. Ho, Benjamin A. Greenberger, Grace C. Chen, Amanda Maffa, Amanda M. Del Rosario, David E. Root, Anne E. Carpenter, William C. Hahn, David M. Sabatini, Clark C. Chen, Forest M. White, James E. Bradner, Michael B. Yaffe | https://pubpeer.com/publications/A441B8B8292EBAE7B385CD190452D2 |
| 40 | "Histone deacetylase (HDAC) inhibitor ACY241 enhances anti-tumor activities of antigen-specific central memory cytotoxic T lymphocytes against multiple myeloma and solid tumors." Leukemia 32.9 (2018): 1932-1947. | Jooeun Bae, Teru Hideshima, Yu-Tzu Tai, Yan Song, Paul G. Richardson, Noopur Raje, Nikhil C. Munshi, Kenneth C. Anderson | https://pubpeer.com/publications/C52AE9CC6C2E247042E139FBBACCE8 |
| 41 | "Essential role of caveolae in interleukin-6-and insulin-like growth factor I-triggered Akt-1-mediated survival of multiple myeloma cells." Journal of Biological Chemistry 278.8 (2003): 5794-5801. | Klaus Podar, Yu Tzu Tai, Craig E. Cole, Teru Hideshima, Martin Sattler, Angela Hamblin, Nicholas Mitsiades, Robert Schlossman, Faith E. Davies, Gareth J. Morgan, Nikhil C. Munshi, Dharminder Chauhan, Kenneth C. Anderson | https://pubpeer.com/publications/8EE062FCA07493F754DAE930E801B6 |
| 42 | "Proapoptotic BAX and BAK modulate the unfolded protein response by a direct interaction with IRE1α." Science 312.5773 (2006): 572-576. | Claudio Hetz, Paula Bernasconi, Jill K. Fisher, Ann-Hwee Lee, Michael C. Bassik, Bruno Antonsson, G. Brandt, Neal N. Iwakoshi, Anna C. Schinzel, Laurie H. Glimcher, Stanley J. Korsmeyer | https://pubpeer.com/publications/C6B3AB4AA887C2D05639A8B0729124 |

| | Article | Author List | Image Fraud Reference |
|---|---|---|---|
| 43 | "SIK1 couples LKB1 to p53-dependent anoikis and suppresses metastasis." Science signaling 2.80 (2009): ra35-ra35. | Hailing Cheng,Hailing Cheng, Pixu Liu, Zhigang C Wang, Lihua Zou, Stephanie Santiago, Victoria Garbitt, Ole V Gjoerup, J Dirk Iglehart, Alexander Miron, Andrea L Richardson, William C Hahn, Jean J Zhao Margaret Cheng, Pixu Liu, Zhigang C. Wang, Lihua Zou, Stephanie Santiago, Victoria M. Garbitt, Ole Gjoerup, J. Dirk Iglehart, Alexander Miron, Andrea L. Richardson, William C. Hahn, Jean J. Zhao | https://pubpeer.com/publications/AF4C01C90795435B8BE012DFEE5F0A |
| 44 | "Targeted tumor-penetrating siRNA nanocomplexes for credentialing the ovarian cancer oncogene ID4." Science translational medicine 4.147 (2012): 147ra112-147ra112. | Yin Ren, Hiu Wing Cheung, Geoffrey von Maltzhan, Amit Agrawal, Glenn S. Cowley, Barbara A. Weir, Jesse S. Boehm, Pablo Tamayo, Alison M. Karst, Joyce F. Liu, Michelle S. Hirsch, Jill P. Mesirov, Ronny Drapkin, David E. Root, Justin H. Lo, Valentina Fogal, Erkki Ruoslahti, William C. Hahn, Sangeeta N. Bhatia | https://pubpeer.com/publications/ACD0869FCBDD5CB020717EC876F088 |
| 45 | "Dual inhibition of Akt/mammalian target of rapamycin pathway by nanoparticle albumin-bound-rapamycin and perifosine induces antitumor activity in multiple myeloma." Molecular cancer therapeutics 9.4 (2010): 963-975. | Diana Cirstea, Teru Hideshima, Scott Rodig, Loredana Santo, Samantha Pozzi, Sonia Vallet, Hiroshi Ikeda, Giulia Perrone, Gullu Gorgun, Kishan Patel, Neil Desai, Peter Sportelli, Shweta Kapoor, Shireen Vali, Siddhartha Mukherjee, Nikhil C Munshi, Kenneth C Anderson, Noopur Raje | https://pubpeer.com/publications/96A39894F9BA158C2011ADC68FEA53 |
| 46 | "Targeting MEK induces myeloma-cell cytotoxicity and inhibits osteoclastogenesis." Blood, The Journal of the American Society of Hematology 110.5 (2007): 1656-1663. | Yu Tzu Tai, Mariateresa Fulciniti, Teru Hideshima, Song Wu, Merav Leiba, Xian Feng Li, Matthew Rumizen, Peter Burger, Aileen Morrison, Klaus Podar, Dharminder Chauhan, Pierfrancesco Tassone, Paul G. Richardson, Nikhil C. Munshi, Irene M. Ghobrial, Kenneth C. Anderson | https://pubpeer.com/publications/6EABA1B75F15BBC9DAED9E06A7DA4F |
| 47 | "Targeting PKC: a novel role for beta-catenin in ER stress and apoptotic signaling." Blood, The Journal of the American Society of Hematology 113.7 (2009): 1513-1521. | Marc-Steffen Raab, Iris Breitkreutz, Giovanni Tonon, Jing Zhang, Patrick Hayden, Thu Annelise Nguyen, Johannes Fruehauf, Boris K. Lin, Dharminder Chauhan, Teru Hideshima, Nikhil C. Munshi, Kenneth C. Anderson, Klaus Podar | https://pubpeer.com/publications/C045BCD0A96B6C480FFB1C339B4038 |
| 48 | "RhoA and Rac1 GTPases play major and differential roles in stromal cell-derived factor-1-induced cell adhesion and chemotaxis in multiple myeloma." Blood, The Journal of the American Society of Hematology 114.3 (2009): 619-629. | Abdel Kareem Azab, Feda Azab, Simona Blotta, Costas Pitsillides, B. Thompson, Judith Runnels, Aldo M. Roccaro, Hai T. Ngo, Molly R. Melhem, Antonio Sacco, Xiaoying Jia, Kenneth C. Anderson, Charles P. Lin, Barrett J. Rollins, Irene M. Ghobrial | https://pubpeer.com/publications/7302CC7E498BF25235E1EAEFCDEA9F |
| 49 | "Lentivirus-delivered stable gene silencing by RNAi in primary cells." Rna 9.4 (2003): 493-501. | Sheila A. Stewart, Derek M. Dykxhoorn, Deborah Palliser, Hana Mizuno, Evan Y. Yu, Dong Sung An, David M. Sabatini, Irvin S. Y. Chen, William C. Hahn, Phillip A. Sharp, Robert A. Weinberg, Carl D. Novina | https://pubpeer.com/publications/B2D44FB4272606F7292CFB3207399B |
| 50 | "Oncogenic transformation by inhibitor-sensitive and-resistant EGFR mutants." PLoS medicine 2.11 (2005): e313. | Heidi Greulich, Tzu-Hsiu Chen, Whei Feng, Pasi A Jänne, James V Alvarez, Mauro Zappaterra, Sara E Bulmer, David A Frank, William C Hahn, William R Sellers, Matthew Meyerson | https://pubpeer.com/publications/775786F14E3A7112D5566062E6050D |
| 51 | "Lenalidomide polarizes Th1-specific anti-tumor immune response and expands XBP1 antigen-specific central memory CD3+ CD8+ T cells against various solid tumors." Journal of leukemia (Los Angeles, Calif.) 3.2 (2015). | Jooeun Bae, Derin B. Keskin, Kristen Cowens, Ann-Hwee Lee, Glen Dranoff, Nikhil C. Munshi, Kenneth C. Anderson | https://pubpeer.com/publications/66A7E0E41B8831D94D06793593 3C25 |
| 52 | "Biologic sequelae of interleukin-6 induced PI3-K/Akt signaling in multiple myeloma." Oncogene 20.42 (2001): 5991-6000. | Teru Hideshima, Noriaki Nakamura, Dharminder Chauhan, Kenneth C Anderson | https://pubpeer.com/publications/CCA995FA092D911D41C7C83F6AFB5E |

| | Article | Author List | Image Fraud Reference |
|---|---|---|---|
| 53 | "A 13 mer LNA-i-miR-221 inhibitor restores drug sensitivity in melphalan-refractory multiple myeloma cells." Clinical cancer research 22.5 (2016): 1222-1233. | Annamaria Gullà, Maria Teresa Di Martino, Maria Eugenia Gallo Cantafio, Eugenio Morelli, Nicola Amodio, Cirino Botta, Maria Rita Pitari, Santo Giovanni Lio, Domenico Britti, Maria Angelica Stamato, Teru Hideshima, Nikhil C Munshi, Kenneth C Anderson, Pierosandro Tagliaferri, Pierfrancesco Tassone | https://pubpeer.com/publications/F688DBA0091877920A3445A6B480D8 |
| 54 | "Combination of proteasome inhibitors bortezomib and NPI-0052 trigger in vivo synergistic cytotoxicity in multiple myeloma." Blood, The Journal of the American Society of Hematology 111.3 (2008): 1654-1664. | Dharminder Chauhan, Ajita Singh, Mohan Brahmandam, Klaus Podar, Teru Hideshima, Paul Richardson, Nikhil Munshi, Michael A Palladino, Kenneth C Anderson | https://pubpeer.com/publications/091FF364C695D3D4166F0BD482EC7C |
| 55 | "A melanocyte lineage program confers resistance to MAP kinase pathway inhibition." Nature 504.7478 (2013): 138-142. | Cory M Johannessen, Laura A Johnson, Federica Piccioni, Aisha Townes, Dennie T Frederick, Melanie K Donahue, Rajiv Narayan, Keith T Flaherty, Jennifer A Wargo, David E Root, Levi A Garraway | https://pubpeer.com/publications/D5B0689A02CAD0EFDA5DCD0187CCBA |
| 56 | "MEK1 mutations confer resistance to MEK and B-RAF inhibition." Proceedings of the National Academy of Sciences 106.48 (2009): 20411-20416. | Caroline M Emery, Krishna G Vijayendran, Marie C Zipser, Allison M Sawyer, Lili Niu, Jessica J Kim, Charles Hatton, Rajiv Chopra, Patrick A Oberholzer, Maria B Karpova, Laura E MacConaill, Jianming Zhang, Nathanael S Gray, William R Sellers, Reinhard Dummer, Levi A Garraway | https://pubpeer.com/publications/CEE3F439156EB30E8276F333768318 |
| 57 | "p38 MAPK inhibition enhances PS-341 (bortezomib)-induced cytotoxicity against multiple myeloma cells." Oncogene 23.54 (2004): 8766-8776. | Teru Hideshima, Klaus Podar, Dharminder Chauhan, Kenji Ishitsuka, Constantine S. Mitsiades, Yuâ€Tzu Tai, Makoto Hamasaki, Noopur Raje, Hiromasa Hideshima, George F. Schreiner, Anthony Nguyen, Tony Navas, Nikhil C. Munshi, Paul G. Richardson, Linda S. Higgins, Kenneth C. Anderson | https://pubpeer.com/publications/ADCF72FE7F5B4C663DC4574A544CB4 |
| 58 | "Histone deacetylase 3 as a novel therapeutic target in multiple myeloma." Leukemia 28.3 (2014): 680-689. | J Minami, R Suzuki, R Mazitschek, G Gorgun, B Ghosh, D Cirstea, Y Hu, N Mimura, H Ohguchi, F Cottini, J Jakubikova, N C Munshi, S J Haggarty, P G Richardson, T Hideshima, K C Anderson | https://pubpeer.com/publications/092B08BCCAEBBA8593C855FF7168AB |
| 59 | "Insulin-like growth factor-1 induces adhesion and migration in human multiple myeloma cells via activation of β1-integrin and phosphatidylinositol 3'-kinase/AKT signaling." Cancer research 63.18 (2003): 5850-5858. | Yu-Tzu Tai, Klaus Podar, Laurence Catley, Yu-Hua Tseng, Masaharu Akiyama, Reshma Shringarpure, Renate Burger, Teru Hideshima, Dharminder Chauhan, Nicholas Mitsiades, Paul Richardson, Nikhil C Munshi, C Ronald Kahn, Constantine Mitsiades, Kenneth C Anderson | https://pubpeer.com/publications/5DD6059C98990EE30F88E67916A3BC |
| 60 | "Mechanisms of activity of the TORC1 inhibitor everolimus in Waldenstrom macroglobulinemia." Clinical Cancer Research 18.24 (2012): 6609-6622. | Aldo M. Roccaro, Antonio Sacco, Xiaojing Jia, Ranjit Banwait, Patricia Maiso, Feda Azab, Ludmila M. Flores, Salomon Manier, Abdel Kareem Azab, Irene M. Ghobrial | https://pubpeer.com/publications/C44371A395755A9CB6E5622F301818 |
| 61 | "Discovery of selective small-molecule HDAC6 inhibitor for overcoming proteasome inhibitor resistance in multiple myeloma." Proceedings of the National Academy of Sciences 113.46 (2016): 13162-13167. | Teru Hideshima, Jun Qi, Ronald M Paranal, Weiping Tang, Edward Greenberg, Nathan West, Meaghan E Colling, Guillermina Estiu, Ralph Mazitschek, Jennifer A Perry, Hiroto Ohguchi, Francesca Cottini, Naoya Mimura, Güllü Görgün, Yu-Tzu Tai, Paul G Richardson, Ruben D Carrasco, Olaf Wiest, Stuart L Schreiber, Kenneth C Anderson, James E Bradner | https://pubpeer.com/publications/19A9053DC8D527A54A6D9F58713E32 |
| 62 | "Tumor cell-specific bioluminescence platform to identify stroma-induced changes to anticancer drug activity." Nature medicine 16.4 (2010): 483-489. | Douglas W. McMillin, Jake Delmore, Ellen Weisberg, Joseph Negri, David C. Geer, Steffen Klippel, Nicholas Mitsiades, Robert Schlossman, Nikhil C. Munshi, Andrew L. Kung, James D. Griffin, Paul G. Richardson, Kenneth C. Anderson, Constantine S. Mitsiades | https://pubpeer.com/publications/94482E23ED6FCFE2CD1D2655236090 |

| | Article | Author List | Image Fraud Reference |
|---|---|---|---|
| 63 | "A prostatic intraepithelial neoplasia-dependent p27Kip1 checkpoint induces senescence and inhibits cell proliferation and cancer progression." Cancer cell 14.2 (2008): 146-155. | Pradip K. Majumder, Chiara Grisanzio, Fionnuala O'Connell, Marc Barry, Joseph Brito, Qing Xu, Isil Guney, Raanan Berger, Paula Herman, Rachel Bikoff, Giuseppe Fedele, Won-Ki Baek, Shunyou Wang, Katharine Ellwood-Yen, Hong Wu, Charles L. Sawyers, Sabina Signoretti, William C. Hahn, Massimo Loda, William R. Sellers | https://pubpeer.com/publications/3C8CD6250520897F5526D9B49E4AD1 |
| 64 | "Comparative oncogenomics identifies NEDD9 as a melanoma metastasis gene." Cell 125.7 (2006): 1269-1281. | Minjung Kim, Joseph D. Gans, Cristina Nogueira, Audrey Wang, Ji Hye Paik, Bin Feng, Cameron Brennan, William C. Hahn, Carlos Cordon-Cardo, Stephan N. Wagner, Thomas J. Flotte, Lyn M. Duncan, Scott R. Granter, Lynda Chin | https://pubpeer.com/publications/1CA8CDF0919CE9A8D9549ACC79C359 |
| 65 | "Synthetic lethal interaction between oncogenic KRAS dependency and STK33 suppression in human cancer cells." Cell 137.5 (2009): 821-834. | Claudia Scholl, Stefan Fröhling, Ian F Dunn, Anna C Schinzel, David A Barbie, So Young Kim, Serena J Silver, Pablo Tamayo, Raymond C Wadlow, Sridhar Ramaswamy, Konstanze Döhner, Lars Bullinger, Peter Sandy, Jesse S Boehm, David E Root, Tyler Jacks, William C Hahn, D Gary Gilliland | https://pubpeer.com/publications/95216FBB76CAB2179780888E60A529 |
| 66 | "The HMG-CoA inhibitor, simvastatin, triggers in vitro anti-tumour effect and decreases IgM secretion in Waldenstrom macroglobulinaemia." British journal of haematology 142.5 (2008): 775-785. | Anne-Sophie Moreau, Xiaoying Jia, Christopher J Patterson, Aldo M Roccaro, Lian Xu, Antonio Sacco, Kelly O'Connor, Jacob Soumerai, Hai T Ngo, Evdoxia Hatjiharissi, Zachary R Hunter, Bryan Ciccarelli, Robert Manning, Irene M Ghobrial, Xavier Leleu, Steven P Treon | https://pubpeer.com/publications/B6517D49FA233B202360F90238DF0A |
| 67 | "MicroSCALE screening reveals genetic modifiers of therapeutic response in melanoma." Science signaling 5.224 (2012): rs4-rs4. | Kris C. Wood, David J. Konieczkowski, Cory M. Johannessen, Jesse S. Boehm, Pablo Tamayo, Olga Botvinnik, Jill P. Mesirov, William C. Hahn, David E. Root, Levi A. Garraway, David M. Sabatini | https://pubpeer.com/publications/04153AD993A7E9F9A487DCDECDE6F2 |
| 68 | "Transformation of human and murine fibroblasts without viral oncoproteins." Molecular and cellular biology 25.15 (2005): 6464-6474. | Jesse S. Boehm, Meghan T. Hession, Sara E. Bulmer, William C. Hahn | https://pubpeer.com/publications/F5F2C787DDD9C0073D71120902F8CA |
| 69 | "Up-regulation of c-Jun inhibits proliferation and induces apoptosis via caspase-triggered c-Abl cleavage in human multiple myeloma." Cancer research 67.4 (2007): 1680-1688. | Klaus Podar, Marc S Raab, Giovanni Tonon, Martin Sattler, Daniela Barilà, Jing Zhang, Yu-Tzu Tai, Hiroshi Yasui, Noopur Raje, Ronald A DePinho, Teru Hideshima, Dharminder Chauhan, Kenneth C Anderson | https://pubpeer.com/publications/57968CFD60B044442DF5A67BAE1C93 |
| 70 | "Dual inhibition of canonical and noncanonical NF-κB pathways demonstrates significant antitumor activities in multiple myeloma." Clinical Cancer Research 18.17 (2012): 4669-4681. | Claire Fabre, Naoya Mimura, Kathryn Bobb, Sun-Young Kong, Güllü Gorgun, Diana Cirstea, Yiguo Hu, Jiro Minami, Hiroto Ohguchi, Jie Zhang, Jeffrey Meshulam, Ruben D Carrasco, Yu-Tzu Tai, Paul G Richardson, Teru Hideshima, Kenneth C Anderson | https://pubpeer.com/publications/65A68A3D881A38F292F733DE4631AE |
| 71 | "ROBO1 promotes homing, dissemination, and survival of multiple myeloma within the bone marrow microenvironment." Blood cancer discovery 2.4 (2021): 338-353. | Giada Bianchi, Peter G Czarnecki, Matthew Ho, Aldo M Roccaro, Antonio Sacco, Yawara Kawano, Annamaria Gullà, Anil Aktas Samur, Tianzeng Chen, Kenneth Wen, Yu-Tzu Tai, Maria Moscvin, Xinchen Wu, Gulden Camci-Unal, Matteo C Da Vià, Niccolo' Bolli, Tomasz Sewastianik, Ruben D Carrasco, Irene M Ghobrial, Kenneth C Anderson | https://pubpeer.com/publications/601EE4633259FA5603358EE1CCC1D2 |
| 72 | "Hsp27 inhibits release of mitochondrial protein Smac in multiple myeloma cells and confers dexamethasone resistance." Blood 102.9 (2003): 3379-3386. | Dharminder Chauhan, Guilan Li, Teru Hideshima, Klaus Podar, Constantine S. Mitsiades, Nicholas Mitsiades, Laurence Catley, Yu Tzu Tai, Toshiaki Hayashi, Reshma Shringarpure, Renate Burger, Nikhil C. Munshi, Yasuyuki Ohtake, Satya Saxena, Kenneth C. Anderson | https://pubpeer.com/publications/0D02AFA4F904617BD7C8E7952751EC |

| | Article | Author List | Image Fraud Reference |
|---|---|---|---|
| 73 | "Citron Rho-interacting kinase silencing causes cytokinesis failure and reduces tumor growth in multiple myeloma." Blood advances 3.7 (2019): 995-1002. | Ilyas Sahin, Yawara Kawano, Romanos Sklavenitis-Pistofidis, Michele Moschetta, Yuji Mishima, Salomon Manier, Antonio Sacco, Ruben Carrasco, Rafael Fonseca, Aldo M. Roccaro, Thomas Witzig, Irene M. Ghobrial | https://pubpeer.com/publications/9E197B936872497ED77BB37FC49AEA |
| 74 | "p16 INK4A participates in a G1 arrest checkpoint in response to DNA damage." Molecular and cellular biology 18.1 (1998): 378-387. | Geoffrey I. Shapiro, Christian D. Edwards, Mark E. Ewen, Barrett J. Rollins | https://pubpeer.com/publications/FAD61EAB02845F8260C71B48EB8D8F |
| 75 | "BCMA-targeted bortezomib nanotherapy improves therapeutic efficacy, overcomes resistance, and modulates the immune microenvironment in multiple myeloma." Blood Cancer Journal 13.1 (2023): 184. | Debasmita Dutta, Jiye Liu, Kenneth Wen, Keiji Kurata, Mariateresa Fulciniti, Annamaria Gulla, Teru Hideshima, Kenneth C. Anderson | https://pubpeer.com/publications/173508CF9D569780252C4757E715F6 |
| 76 | "Synthetic lethal approaches exploiting DNA damage in aggressive myeloma." Cancer discovery 5.9 (2015): 972-987. | Francesca Cottini, Teru Hideshima, Rikio Suzuki, Yu-Tzu Tai, Giampaolo Bianchini, Paul G Richardson, Kenneth C Anderson, Giovanni Tonon | https://pubpeer.com/publications/A6565A45557D570E315D446C28C820 |
| 77 | "C-RAF mutations confer resistance to RAF inhibitors." Cancer research 73.15 (2013): 4840-4851. | Rajee Antony, Caroline M Emery, Allison M Sawyer, Levi A Garraway | https://pubpeer.com/publications/106FE78F79C17747649AB2ED5E2AC1 |
| 78 | "PTEN loss contributes to erlotinib resistance in EGFR-mutant lung cancer by activation of Akt and EGFR." Cancer research 69.8 (2009): 3256-3261. | Martin L Sos, Mirjam Koker, Barbara A Weir, Stefanie Heynck, Rosalia Rabinovsky, Thomas Zander, Jens M Seeger, Jonathan Weiss, Florian Fischer, Peter Frommolt, Kathrin Michel, Martin Peifer, Craig Mermel, Luc Girard, Michael Peyton, Adi F Gazdar, John D Minna, Levi A Garraway, Hamid Kashkar, William Pao, Matthew Meyerson, Roman K Thomas | https://pubpeer.com/publications/C8D6BEE8418B894EA0835DB7C9D78E |
| 79 | "SNX-2112, a selective Hsp90 inhibitor, potently inhibits tumor cell growth, angiogenesis, and osteoclastogenesis in multiple myeloma and other hematologic tumors by abrogating signaling via Akt and ERK." Blood, The Journal of the American Society of Hematology 113.4 (2009): 846-855. | Yutaka Okawa, Teru Hideshima, Paul Steed, Sonia Vallet, Steven Hall, Ken Huang, John Rice, Amy Barabasz, Brianna Foley, Hiroshi Ikeda, Noopur Raje, Tanyel Kiziltepe, Hiroshi Yasui, Sotaro Enatsu, Kenneth C Anderson | https://pubpeer.com/publications/0D4D7CDE3BD466EF671D127249F18B |
| 80 | "Targeting Akt and heat shock protein 90 produces synergistic multiple myeloma cell cytotoxicity in the bone marrow microenvironment." Clinical cancer research 14.3 (2008): 865-874. | Alissa Huston, Xavier Leleu, Xiaoying Jia, Anne-Sophie Moreau, Hai T Ngo, Judith Runnels, Judy Anderson, Yazan Alsayed, Aldo Roccaro, Sonia Vallet, Evdoxia Hatjiharissi, Yu-Tsu Tai, Peter Sportelli, Nikhil Munshi, Paul Richardson, Teru Hideshima, David G Roodman, Kenneth C Anderson, Irene M Ghobrial | https://pubpeer.com/publications/EE4789A5E59EBF206098894CE8BDAD |
| 81 | "AT7519, a novel small molecule multi-cyclin dependent kinase inhibitor, induces apoptosis in multiple myeloma via GSK3β." Blood 112.11 (2008): 99-100. | L Santo, S Vallet, T Hideshima, D Cirstea, H Ikeda, S Pozzi, K Patel, Y Okawa, G Gorgun, G Perrone, E Calabrese, M Yule, M Squires, M Ladetto, M Boccadoro, P G Richardson, N C Munshi, Kenneth C Anderson, N Raje | https://pubpeer.com/publications/FA63C4E6378D03417756EE178A2BED |
| 82 | "An RNA-dependent RNA polymerase formed by TERT and the RMRP RNA." Nature 461.7261 (2009): 230-235. | Yoshiko Maida, Mami Yasukawa, Miho Furuuchi, Timo Lassmann, Richard Possemato, Naoko Okamoto, Vivi Kasim, Yoshihide Hayashizaki, William C. Hahn, Kenkichi Masutomi | https://pubpeer.com/publications/CC214FF5B11638EBE508CE0F26D3BE |
| 83 | "XBP-1 regulates a subset of endoplasmic reticulum resident chaperone genes in the unfolded protein response." Molecular and cellular biology 23.21 (2003): 7448-7459. | Ann-Hwee Lee, Neal N. Iwakoshi, Laurie H. Glimcher | https://pubpeer.com/publications/188463FE4DDB06E973C26CA59136DA |
| 84 | "Nucleolin Interacts with Telomerase." Journal of Biological Chemistry 279.49 (2004): 51508-51515. | Shilagardi Khurts, Kenkichi Masutomi, Luvsanjav Delgermaa, Kuniaki Arai, Naoki Oishi, Hideki Mizuno, Naoyuki Hayashi, William C. Hahn, Seishi Murakami | https://pubpeer.com/publications/88157D7C4F9CAACCB56EB08A285EBC |

| | Article | Author List | Image Fraud Reference |
|---|---|---|---|
| 85 | "Telomerase maintains telomere structure in normal human cells." Cell 114.2 (2003): 241-253. | Kenkichi Masutomi, Evan Y Yu, Shilagardy Khurts, Ittai Ben-Porath, Jennifer L Currier, Geoffrey B Metz, Mary W Brooks, Shuichi Kaneko, Seishi Murakami, James A DeCaprio, Robert A Weinberg, Sheila A Stewart, William C Hahn | https://pubpeer.com/publications/39EB48FACB482DB4473DDCFCF25D62 |
| 86 | "Osteoclasts promote immune suppressive microenvironment in multiple myeloma: therapeutic implication." Blood, The Journal of the American Society of Hematology 128.12 (2016): 1590-1603. | Gang An, Chirag Acharya, Xiaoyan Feng, Kenneth Wen, Mike Zhong, Li Zhang, Nikhil C Munshi, Lugui Qiu, Yu-Tzu Tai, Kenneth C Anderson | See Exhibit 2, page 1 |
| 87 | "Dual NAMPT and BTK targeting leads to synergistic killing of Waldenström Macroglobulinemia cells regardless of MYD88 and CXCR4 somatic mutation status." Clinical Cancer Research 22.24 (2016): 6099-6109. | Michele Cea, Antonia Cagnetta, Chirag Acharya, Prakrati Acharya, Yu-Tzu Tai, Cao Yang, Davide Lovera, Debora Soncini, Maurizio Miglino, Giulio Fraternali-Orcioni, Luca Mastracci, Alessio Nencioni, Fabrizio Montecucco, Fiammetta Monacelli, Alberto Ballestrero, Teru Hideshima, Dharminder Chauhan, Marco Gobbi, Roberto M Lemoli, Nikhil Munshi, Steven P Treon, Kenneth C Anderson | See Complaint at 81 |
| 88 | "Blockade of deubiquitylating enzyme USP1 inhibits DNA repair and triggers apoptosis in multiple myeloma cells." Clinical Cancer Research 23.15 (2017): 4280-4289. | Deepika Sharma Das, Abhishek Das, Arghya Ray, Yan Song, Mehmet Kemal Samur, Nikhil C Munshi, Dharminder Chauhan, Kenneth C Anderson | See Complaint at 108 |
| 89 | "Dual targeting of the proteasome regulates survival and homing in Waldenström macroglobulinemia." Blood, The Journal of the American Society of Hematology 111.9 (2008): 4752-4763. | Aldo M Roccaro, Xavier Leleu, Antonio Sacco, Xiaoying Jia, Molly Melhem, Anne-Sophie Moreau, Hai T Ngo, Judith Runnels, Abdelkareem Azab, Feda Azab, Nicholas Burwick, Mena Farag, Steven P Treon, Michael A Palladino, Teru Hideshima, Dharminder Chauhan, Kenneth C Anderson, Irene M Ghobrial | See Exhibit 2, page 2 |
| 90 | "Immunomodulatory drug lenalidomide (CC-5013, IMiD3) augments anti-CD40 SGN-40-induced cytotoxicity in human multiple myeloma: clinical implications." Cancer research 65.24 (2005): 11712-11720. | Yu-Tzu Tai, Xian-Feng Li, Laurence Catley, Rory Coffey, Iris Breitkreutz, Jooeun Bae, Weihua Song, Klaus Podar, Teru Hideshima, Dharminder Chauhan, Robert Schlossman, Paul Richardson, Steven P Treon, Iqbal S Grewal, Nikhil C Munshi, Kenneth C Anderson | See Exhibit 2, page 3 |
| 91 | "Molecular bottlebrush prodrugs as mono-and triplex combination therapies for multiple myeloma." Nature nanotechnology 18.2 (2023): 184-192. | Alexandre Detappe, Hung V.-T. Nguyen, Yivan Jiang, Michael P. Agius, Wencong Wang, Clelia Mathieu, Nang K. Su, Samantha L. Kristufek, David J. Lundberg, Sachin Bhagchandani, Irene M. Ghobrial, P. Peter Ghoroghchian, Jeremiah A. Johnson | See Exhibit 2, page 4 |