# Exhibit Two

An, G., Acharya, C., Feng, X., Wen, K., Zhong, M., Zhang, L., Munshi, N. C., Qiu, L., Tai, Y. T., & Anderson, K. C. (2016). Osteoclasts promote immune suppressive microenvironment in multiple myeloma: therapeutic implication. *Blood*, *128*(12), 1590–1603.

In Figure 1F, the Galectin-9 and CD200 blots are far too similar; this is repurposed data. In Figure 2A, the flow cytometry histograms in red rectangles are duplicates. Both sets of duplicates are supposed to represent distinct experimental results.






Roccaro, A. M., Leleu, X., Sacco, A., Jia, X., Melhem, M., Moreau, A. S., Ngo, H. T., Runnels, J., Azab, A., Azab, F., Burwick, N., Farag, M., Treon, S. P., Palladino, M. A., Hideshima, T., Chauhan, D., Anderson, K. C., & Ghobrial, I. M. (2008). Dual targeting of the proteasome regulates survival and homing in Waldenstrom macroglobulinemia. *Blood*, *111*(9), 4752–4763

Figure 2: One of the control alpha-tubulin blots is flipped 180° and used a second time, one (or both) of these presentations is incorrect.



Tai, Y. T., Li, X. F., Catley, L., Coffey, R., Breitkreutz, I., Bae, J., Song, W., Podar, K., Hideshima, T., Chauhan, D., Schlossman, R., Richardson, P., Treon, S. P., Grewal, I. S., Munshi, N. C., & Anderson, K. C. (2005). Immunomodulatory drug lenalidomide (CC-5013, IMiD3) augments anti-CD40 SGN-40-induced cytotoxicity in human multiple myeloma: clinical implications. *Cancer research*, *65*(24), 11712–11720.

Figure 3A has unexpected similarity between different cell lines after adjusting the stretch (red shapes).



Detappe, A., Nguyen, H. V., Jiang, Y., Agius, M. P., Wang, W., Mathieu, C., Su, N. K., Kristufek, S. L., Lundberg, D. J., Bhagchandani, S., Ghobrial, I. M., Ghoroghchian, P. P., & Johnson, J. A. (2023). Molecular bottlebrush prodrugs as mono- and triplex combination therapies for multiple myeloma. *Nature nanotechnology*, *18*(2), 184–192.




In Figure 3E, the mice cannot have been imaged 20 days apart as claimed. They have not moved at all. The scans were taken in quick succession or a different bioluminescence signal overlaid.