UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* SHOLTO DAVID, <br><br> Plaintiff, <br> v. <br><br> DANA-FARBER CANCER INSTITUTE, INC., <br><br> Defendant. | No. 24-cv-11059-WGY <br><br> **FILED UNDER SEAL** |

**UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE FOR PURPOSES OF SETTLEMENT ONLY, AND MOTION TO UNSEAL THE ACTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this action solely for the purposes of settlement with Dana Farber Cancer Institute, Inc. ("Dana Farber"). In particular, the United States intervenes only as to the allegations in the relator's Complaint relating to "the Subject Grants" and "Subject Publications" as defined in Appendix A to the settlement agreement that the United States, Dana Farber, and the relator executed effective December 11, 2025 ("Settlement Agreement").

The Settlement Agreement resolves this False Claims Act action as to Dana Farber. Pursuant to the Settlement Agreement, the relator agrees that this settlement with Dana Farber is fair, adequate, and reasonable. The Settlement Agreement also resolves the relator's claim to a share of the recovery in this action and for fees and costs from Dana Farber pursuant to the False Claims Act. Under the terms and conditions of the Settlement Agreement, the parties will file promptly a Joint Notice of Dismissal, once Dana Farber has made the settlement payment to the United States as required by the Settlement Agreement.

The United States respectfully requests that the Court unseal this action and unseal the relator's Complaint, this Notice, and all pleadings filed thereafter.  The United States further requests that all other papers on file in this action prior to December 11, 2025, remain under seal because, in discussing the content and extent of the United States' investigation, the United States provided such papers to the Court alone for the sole purpose of the Court's evaluating whether it should extend the seal.

The relator assents to this motion to unseal.

Dated:  December 11, 2025

Respectfully submitted,

| | |
|---|---|
| BRETT SHUMATE<br>Assistant Attorney General | LEAH B. FOLEY<br>United States Attorney |
| | */s/ Brian M. LaMacchia* |
| JAMIE ANN YAVELBERG<br>DAVID B. WISEMAN<br>MEGAN ENGEL<br>Attorneys<br>Civil Division, Fraud Section<br>175 N Street NE<br>Washington, DC 20002<br>megan.engel@usdoj.gov | BRIAN M. LAMACCHIA<br>OLIVIA BENJAMIN<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel: (617) 748-3100<br>brian.lamacchia@usdoj.gov<br>olivia.benjamin@usdoj.gov |

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies, pursuant to Local Rule 7.1(a)(2), that counsel for the United States has conferred with counsel for the relator, who assents to this application.

Dated: December 11, 2025          By:    */s/ Brian M. LaMacchia*
                                          BRIAN M. LAMACCHIA
                                          Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I certify that, on December 11, 2025, I served a copy of the foregoing document by electronic mail on the following counsel for the relator (with their assent to electronic service):

Eugenie Reich
EUGENIE REICH LAW, LLC
101 Arch Street, Eighth Floor
Boston, MA 02110
eugenie@eugeniereichlaw.com

Gregg Shapiro
GREGG SHAPIRO LAW, LLC
101 Federal Street
Boston, MA 02110
gshapiro@greggshapirolaw.com

      By:    */s/ Brian M. LaMacchia*
                 BRIAN M. LAMACCHIA
                 Assistant United States Attorney