**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,
*ex rel.* SHOLTO DAVID,

Plaintiff,

v.

DANA-FARBER CANCER INSTITUTE, INC.,

Defendant.

No. 24-cv-11059-WGY

**FILED UNDER SEAL**

[PROPOSED]
**ORDER**

Upon consideration of the United States' Notice of Election to Partially Intervene for Purposes of Settlement Only, and Assented-to Motion to Unseal the Action ("Notice"), it is hereby **ORDERED** as follows:

The relator's Complaint, the United States' Notice, and this Order shall be unsealed;

All other papers or orders on file in this matter prior to the date of the Notice shall remain under seal; and

All pleadings that are filed in this action after the filing of the United States' Notice shall not be sealed absent further order of the Court.

Dated: ____________________

________________________________________
THE HONORABLE WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE