UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* SHOLTO DAVID, <br><br> Plaintiff, <br> v. <br><br> DANA-FARBER CANCER INSTITUTE, INC., <br><br> Defendant. | No. 24-CV-11059-WGY <br><br> **FILED UNDER SEAL** |

# ORDER

Upon consideration of the United States' Notice of Election to Partially Intervene for Purposes of Settlement Only, and Assented-to Motion to Unseal the Action ("Notice"), it is hereby **ORDERED** as follows:

The relator's Complaint, the United States' Notice, and this Order shall be unsealed;

All other papers or orders on file in this matter prior to the date of the Notice shall remain under seal; and

All pleadings that are filed in this action after the filing of the United States' Notice shall not be sealed absent further order of the Court.

**SO ORDERED**.

Dated: December 15, 2025

/s/ Angel Kelley
THE HONORABLE ANGEL KELLEY
UNITED STATES DISTRICT JUDGE