UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* SHOLTO DAVID,<br><br>Plaintiff,<br>v.<br><br>DANA-FARBER CANCER INSTITUTE, INC.,<br><br>Defendant. | No. 24-cv-11059-WGY |

## ORDER

The Relator Sholto David and the United States having filed a Joint Stipulation of Dismissal and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the terms and conditions of the December 11, 2025 Settlement Agreement ("Agreement") among the United States, the Relator, and Dana-Farber Cancer Institute, Inc. ("Dana-Farber"):

It is hereby **ORDERED** that this action shall be dismissed as follows:

(1)   Claims against Dana-Farber for the Covered Conduct set forth in Recital D to the Agreement are dismissed with prejudice as to the United States;

(2)   All other claims against Dana-Farber in this Civil Action shall be dismissed without prejudice as to the United States; and

(3)   All claims against Dana-Farber in the Civil Action shall be dismissed with prejudice as to the Relator.

Dated: January 28, 2026

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE